```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Josue Paguada,

           Plaintiff,

  –v–

Mister Bee Potato Chip Company, *et al.*,

           Defendants.

20-cv-8666 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to this Court's Orders of October 28, 2020, and January 21, 2021 (Dkt. Nos. 5, 10), the parties' joint letter and proposed case management plan were due seven days in advance of the initial pretrial conference scheduled for this Friday, January 29, 2021. The Court has not received them.

    The Defendant's answer was due on January 4, 2021. Dkt. No. 9. The Court has not received it. Furthermore, although Mr. Rosenbaum requested an extension of time to answer on behalf of the Defendant, Mister Bee Potato Chip Company, he has formally entered an appearance only on behalf of non-party West Virginia Potato Chip Company, LLC.

    It is therefore ORDERED that the initial pretrial conference scheduled for January 29, 2021, is adjourned to February 12, 2021, at 3:15 p.m. The parties shall submit their joint letter and proposed case management plan seven days before the conference. Failure to do so may result in dismissal of the action for failure to prosecute.

    It is further ORDERED that Mr. Rosenbaum shall clarify by ECF letter whether he represents the Defendant in this action by January 29, 2021. If so, he shall enter an appearance on behalf of the Defendant by that date.

   It is further ORDERED that the Defendant shall respond to the Plaintiff's Complaint by February 5, 2021.  Failure to do so may result in the entry of a default judgment.

   It is further ORDERED that the Plaintiff shall serve a copy of this Order on the Defendant and file an affidavit of service on the public docket by January 29, 2021.

SO ORDERED.

Dated: January 27, 2021
   New York, New York

_____
ALISON J. NATHAN
United States District Judge